IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. CR-14-292-2-C |
| | ) | No. CIV-19-136-C |
| MICHAEL DESHAUN STILES, | ) | |
| Defendant. | ) | |

## J U D G M E N T

Upon consideration of Defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255, and the Court's accompanying Order,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion to Vacate, Set Aside, or Correct Sentence be and the same is hereby denied.

DATED this 16th day of April, 2019.

ROBIN J. CAUTHRON
United States District Judge